| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) McKeown, Mary M | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 8/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. Court of Appeals 401 West A Street Suite 2000 San Diego CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | RAND Institute for Civil Justice |
| 2. | Board of Directors | American Judicature Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. | Board of Directors | Volunteers of America |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Perkins Building Partnership - Seattle building; no control |

FINANCIAL DISCLOSURE OFFICE  2005 AUG 12 A 11: 28  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Fall 04 | Univ of San Diego Law School - Teaching | 20,000 |
| 2. | March 04 | Univ of Denver - Teaching | 1,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Private Consulting |
| 2. | 2004 | University of California San Diego |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 2-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | 2/6/04-2/7/04 San Antonio, TX - ABA Commission to Evaluate the Model Code (transportation, lodging, meals) |
| 2. | University of Denver | 3/6/04-3/10/04 Denver, CO - Jurist in Residence (transportation, lodging, meals) |
| 3. | American Bar Association | 3/26/04 San Francisco CA - ABA Commission to Evaluate the Model Code (transportation, lodging, meals) |
| 4. | Georgetown University Law Center | 5/7/04 Washington DC - Board of Visitors Meeting (transportation, meals) |
| 5. | American Bar Association | 5/8/04 New York, NY - ABA Commission to Evaluate the Model Code (transportation) |
| 6. | Hofstra University | 7/11/04-7/18/04 Nice, France - International Law Class (transportation, lodging, meals - including spouse) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | International Intellectual Property Institute | 9/24/04-9/29/04 Guatemala City, Guatemala- Judicial Training Session (transportation, per diem) |
| 8. | Association of Business Trial Lawyers | 10/20/04-10/24/04 Kona Hawaii - Speaker at Seminar (transportation & lodging) |
| 9. | The American Society of International Law | 10/28/04-10/30/04 Washington DC - Judicial Advisory Board meeting (transportation, lodging, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | | | | | | | | |

☐ NONE (No reportable income, assets, or transactions)

| | A. Description of Assets | B.(1) | B.(2) | C.(1) | C.(2) | D.(1) | D.(2) | D.(3) | D.(4) | D.(5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bank of America #1 | A | Interest | M | T | | | | | |
| 2. | Bank of America #2 | A | Interest | L | T | | | | | |
| 3. | Banc of American Investment Services #3 | | | | | | | | | |
| 4. | -Cash | A | Interest | K | T | | | | | |
| 5. | -Amazon.com | | None | J | T | | | | | |
| 6. | -AOL | | None | J | T | | | | | |
| 7. | -EMC Corp Mass | | None | J | T | | | | | |
| 8. | -Internap Network Svcs | | None | J | T | | | | | |
| 9. | -MCI Worldcom Inc. | | None | J | T | | | | | |
| 10. | -McData Corp CL A | | None | J | T | | | | | |
| 11. | -McLeod Inc. | | None | J | T | | | | | |
| 12. | -Microsoft | A | Dividend | K | T | | | | | |
| 13. | -Nations Muni Reserves Advisor | A | Dividend | K | T | | | | | |
| 14. | - Symbol Tech | A | Dividend | J | T | | | | | |
| 15. | -United Global | | None | J | T | | | | | |
| 16. | Banc of America Investment Services #4 | | | | | | | | | |
| 17. | -Cash | A | Dividend | J | T | | | | | |
| 18. | Bank of America #5 | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns 1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash-Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Boeing common | A | Dividend | J | T | | | | | |
| 20. College Savings Bank - Princeton | C | Interest | L | T | | | | | |
| 21. Bank of America #7 | | | | | | | | | |
| 22. -Conn. State Bonds | | None | K | T | | | | | |
| 23. Fidelity #1 | | | | | | | | | |
| 24. -Fidelity Select Tech | A | Dividend | J | T | | | | | |
| 25. -Janus Worldwide | A | Dividend | J | T | | | | | |
| 26. Fidelity Annuity #2 | | | | | | | | | |
| 27. -Fidelity VIP Contra | | None | K | T | | | | | |
| 28. -Fidelity VIP Growth | | None | J | T | | | | | |
| 29. IBM common | A | Dividend | J | T | | | | | |
| 30. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 31. Schwab Acct #1- Markman | | | | | | | | | |
| 32. -A gis Value | A | Dividend | K | T | Buy | 6/10 | K | | |
| 33. -Alpine U.S. Real Estate | A | Dividend | K | T | Buy | 3/4 | K | | |
| 34. -Cash | A | Interest | J | T | | | | | |
| 35. -Dreyfus Premier Emerging | A | Dividend | K | T | | | | | |
| 36. -FBR Small Cap Financial | A | Dividend | | | Sell | 12/24 | K | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction |
|---|---|---|---|---|---|---|---|---|---|
| 37. -FBR Small Cap Fund | A | Dividend | K | T | Buy | 8/25 | K | | |
| 38. -Matthew Asian Growth | A | Dividend | K | T | | | | | |
| 39. -Needham Growth Fund | | None | | | Sell | 8/16 | K | A | |
| 40. -Northeast Investors | B | Dividend | K | T | | | | | |
| 41. -Olstein Fin Alert | A | Dividend | K | T | Buy | 6/10 | K | | |
| 42. -PIMCO Emerging Markets | B | Dividend | K | T | | | | | |
| 43. -PIMCO Total Return | A | Dividend | K | T | Buy | 8/25 | K | | |
| 44. -Rydex Titan 500 Fund | | None | | | Sell | 3/7 | K | A | |
| 45. -Schwab Money Fund | A | Interest | J | T | | | | | |
| 46. -Stratton Monthly | A | Dividend | K | T | | | | | |
| 47. -Strong Advantage FD Inst | | None | | | | | | | See Part VIII for detail |
| 48. -Strong High Yield Bond Fund | | None | | | | | | | See Part VIII for detail |
| 49. -T.Rowe Price Small Cap Value | | None | | | | | | | See Part VIII for detail |
| 50. -U.S. Global Inv. | A | Dividend | K | T | | | | | |
| 51. Schwab Acct #2 | | | | | | | | | |
| 52. -Cash | A | Interest | J | T | | | | | |
| 53. -Danaher Corp | A | Dividend | J | T | | | | | |
| 54. -Jensen | | None | K | T | Buy | 3/22 | K | | |

1. (Income/Gain Codes: (See Columns B1 and D4) — A = $1,000 or less — B = $1,001-$2,500 — C = $2,501-$5,000 — D = $5,001-$15,000 — E = $15,001-$50,000 — F = $50,001-$100,000 — G = $100,001-$1,000,000 — H1 = $1,000,001-$5,000,000 — H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J = $15,000 or less — K = $15,001-$50,000 — L = $50,001-$100,000 — M = $100,001-$250,000 — N = $250,000-$500,000 — O = $500,001-$1,000,000 — P1 = $1,000,001-$5,000,000 — P2 = $5,000,001-$25,000,000 — P3 = $25,000,001-$50,000,000 — P4 = $More than $50,000,000

3. Value Method Codes (See Column C2) — Q = Appraisal — R = Cost (Real Estate Only) — S = Assessment — T = Cash/Market — U = Book Value — V = Other — W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Qualcomm | | None | J | T | Buy | 5/18 | J | | |
| 56. -Schwab Money Fund | | None | | | Merged | 12/31 | L | | See Part VIII for detail |
| 57. -Schwab Value Advantage | B | Dividend | L | T | | | | | |
| 58. Schwab Acct #3 | | | | | | | | | |
| 59. -Cash | A | Interest | J | T | | | | | |
| 60. -Cisco Systems | | None | J | T | | | | | |
| 61. -EMC Storage | | None | J | T | | | | | |
| 62. -Grupo Simec SA | | None | J | T | | | | | |
| 63. -Heartland Value Fund | A | Dividend | | | Buy | 1/13 | J | | |
| 64. -Heartland Value Fund | | None | | | Sell | 12/22 | J | A | |
| 65. -Intel Corp common | A | Dividend | J | T | | | | | |
| 66. -Internap Network Svc | | None | J | T | | | | | |
| 67. -Julius Baer Intl Equity | A | Dividend | K | T | Buy | 9/27 | K | | |
| 68. -Juniper Networks | | None | J | T | | | | | |
| 69. -King Cnty Wash 4.90% 03 | A | Interest | J | T | | | | | |
| 70. -Level 3 Communications | | None | J | T | | | | | |
| 71. -McData | | None | J | T | | | | | |
| 72. -McLeod USA Inc. | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -Microsoft Corp | B | Dividend | K | T | | | | | |
| 74. -Nextel Communications | | None | K | T | | | | | |
| 75. -Nortel Networks CP New | A | Dividend | J | T | | | | | |
| 76. -Openwave Systemss | | None | J | T | | | | | |
| 77. -Safeco Muni Bond | | None | J | T | Buy | 1/13 | J | | |
| 78. -Schwab Money Fund | A | Interest | J | T | | | | | |
| 79. -Quantum Foreign Value Fund | | None | J | T | Buy | 12/22 | J | | |
| 80. -Silicon Image Inc. | | None | J | T | | | | | |
| 81. -T.Rowe Price Financial | A | Dividend | J | T | | | | | |
| 82. -Vitesse Semiconductor | | None | J | T | | | | | |
| 83. -Worldcom Inc. | | None | | | Worthless | 5/10 | J | A | |
| 84. Schwab Acct #4 | | | | | | | | | |
| 85. -Alger American Growth | | None | K | T | | | | | |
| 86. -American Century VP Intl | | None | J | T | | | | | |
| 87. -Baron Capital Asset | | None | J | T | | | | | |
| 88. -Investco VIP Tech Fund | | None | J | T | | | | | |
| 89. -Schwab S&P 500 Fund | | None | J | T | | | | | |
| 90. Tully's Coffee | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $5,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Washington Mutual Bank | A | Interest | L | T | | | | | |
| 92. Trust #1 | | | | | | | | | |
| 93. -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 94. -Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 95. -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 96. -Fidelity Growth & Income | A | Dividend | L | T | | | | | |
| 97. 403b #1- Fidelity Investments | | | | | | | | | |
| 98. -Fidelity Contra | | None | M | T | | | | | |
| 99. -Fidelity Euro Cap Appr | B | Dividend | L | T | | | | | |
| 100. -Fidelity Select Tech | B | Dividend | K | T | | | | | |
| 101. IRA #1 | | | | | | | | | |
| 102. -Templeton Foreign | A | Dividend | K | T | | | | | |
| 103. IRA #2 | | | | | | | | | |
| 104. -Templeton World | B | Dividend | M | T | | | | | |
| 105. 401K #1 | | | | | | | | | |
| 106. -Cash | A | Dividend | J | T | | | | | |
| 107. -Van Index Trust | | None | N | T | | | | | |
| 108. -Vanguard Primcap | | None | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and B4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Vanguard Intl Value | | None | N | T | | | | | |
| 110. -Vanguard US Growth | | None | J | T | | | | | |
| 111. -VMNR Windsor II | | None | N | T | | | | | |
| 112. SEP IRA -Bank of America | | | | | | | | | See Part VIII for detail |
| 113. -American Balanced Class A | | None | K | T | | | | | |
| 114. -Nations Muni Advisor | A | Interest | J | T | | | | | |
| 115. Perkins Coie Building | A | Interest | K | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $25,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 54:  This account was recorded twice. It is the same as Schwab Value Advantage.

Line 110:  This is a Bank of America account. It had erroneously been recorded as a Fidelity account.

Lines 47, 48, 49:  These investments are no longer held and were inadvertantly included on previous reports. They were sold in 2002.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████  Date  August 11, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

</div>